KEVIN V. RYAN (CA SBN 118321)
United States Attorney
Joann M. Swanson (CA SBN 88143)
Chief, Civil Division
Mark St. Angelo (CA SBN 74045)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, CA 95113-2009
   Telephone: 408-535-5087
   Facsimile:  408-535-5081
   E-mail:  mark.st.angelo@usdoj.gov

Attorneys for Defendant National Institute
   of Standards and Technology

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/27/05*

SAN JOSE DIVISION

| | |
|---|---|
| TODD S. GLASSEY, | No. C-05-1604 RMW |
| Plaintiff, | STIPULATION TO CONTINUE HEARING ON MOTIONS TO DISMISS AND CASE MANAGEMENT CONFERENCE, AND ORDER |
| v. | |
| AMANO CORPORATION, a corporation, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED that the hearing on the respective motions to dismiss submitted by the defendants, may and should be continued from October 28, 2005 to 9:00 a.m. on Friday, December 16, 2005. The parties further stipulate that the Case Management Conference also should be continued to December 16, 2005. This continuance is necessitated by the unexpected unavailability of the Plaintiff on October 28, 2005.

Respectfully submitted,

| | |
|---|---|
| /s/ Todd S. Glassey | /s/ Mark Williams |
| Todd S. Glassey | Mark Williams, Defendant |
| Plaintiff | |
| Dated:     10/25/05 | Dated:     10/26/05 |

DAVIS WRIGHT TREMAINE LLP

/s/ Peter L. Isola
Peter L. Isola
Attorneys for Amano Corporation

Dated: 26 Oct 2005

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ Andrea L. Courtney
Andrea L. Courtney
Attorneys for Hudson Ventures and Jay Goldberg

Dated: October 25, 2005

KEVIN V. RYAN
United States Attorney

/s/ Mark St. Angelo
Mark St. Angelo, Assistant U.S. Attorney
Attorneys for NIST

Dated: 26 Oct 05

---

*********************************************************************************

---

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 10/27/05

/S/ RONALD M. WHYTE

Hon. RONALD M. WHYTE
United States District Judge