**E-FILED on** 4/14/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TODD S. GLASSEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMANO CORPORATION; MARK WILLIAMS; HUDSON VENTURE PARTNERS, L.P.; JAY GOLDBERG; THE NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGIES; and A. FRANCIS ACKER;<br><br>　　　　Defendants. | No. C-05-01604 RMW<br><br>ORDER DENYING MOTION TO SET ASIDE ORDER ON MOTIONS TO DISMISS<br><br>**[Re Docket No. 164]** |

Plaintiff Todd S. Glassey moves for reconsideration of this court's March 31, 2006 order dismissing claims against and granting summary judgment in favor of defendants Amano Corporation, Mark Williams, Jay Goldberg, Hudson Venture Partners, L.P., and the National Institute of Standards and Technologies. Glassey's motion is denied for failure to comply with Civil L.R. 7-9.

DATED:　　4/14/06　　　　　　　　　　　　/s/ Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING MOTION TO SET ASIDE ORDER ON MOTIONS TO DISMISS—No. C-05-01604 RMW
JAH

**Notice of this document has been electronically sent to:**

**Plaintiff (*pro se*):**

Todd S. Glassey                       todd.glassey@att.net

**Counsel for Defendants:**

| | |
|---|---|
| Peter L. Isola | peterisola@dwt.com |
| Salle E. Yoo | salleyoo@dwt.com |
| Mark Williams (*pro se*) | |
| Andrea L. Courtney | andrea.courtney@pillsburylaw.com |
| Mark St. Angelo | mark.st.angelo@usdoj.gov |
| Joann M. Swanson | joann.swanson@usdoj.gov |
| Kevin V. Ryan | |
| A. Francis Acker (*pro se*) | |
| Chinhayi J. Coleman | chinhayi.j.coleman@usdoj.gov |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     4/14/06                              /s/ JH
                                                    **Chambers of Judge Whyte**