**E-FILED on**   6/15/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TODD S. GLASSEY,<br><br>    Plaintiff,<br><br>    v.<br><br>AMANO CORPORATION; MARK WILLIAMS; HUDSON VENTURE PARTNERS, L.P.; JAY GOLDBERG; THE NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGIES; and A. FRANCIS ACKER;<br><br>    Defendants. | No. C-05-01604 RMW<br><br>ORDER OF DISMISSAL<br><br>**[Re Docket Nos. 187, 188]** |

    On March 31, 2006, the court dismissed plaintiff Toddy Glassey's operative complaint. In response to various motions, the court on May 18, 2006 denied Glassey's motion for reconsideration of the March 31, 2006 order and instructed Glassey, if he wished to continue in this forum, to file a either an amended complaint or a motion for leave to amend his complaint by June 1, 2006.

    Since the May 18, 2006 order issued, Glassey has made two filings. Even construing both liberally, neither can be reasonably interpreted as an amended complaint or a motion for leave to amend. Each is, in essence, yet more argument by Glassey why this court should reconsider its March 31, 2006 order. Glassey presents arguments regarding the scope of the release between

himself and defendants Hudson Venture Partners, L.P, Jay Goldberg, and Mark Williams; the scope of his arbitration with defendant Amano Corporation; and his standing as plaintiff.  All of these issues were addressed in the March 31, 2006 order.

As Glassey has not filed an amended complaint or a motion for leave to amend, the court will enter judgment in favor of all defendants in this action.

DATED:     6/13/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Plaintiff (*pro se*):**

Todd S. Glassey                           todd.glassey@att.net

**Counsel for Defendants:**

Peter L. Isola                            peterisola@dwt.com
Salle E. Yoo                              salleyoo@dwt.com
Mark Williams (*pro se*)
Andrea L. Courtney                        andrea.courtney@pillsburylaw.com
Mark St. Angelo                           mark.st.angelo@usdoj.gov
Joann M. Swanson                          joann.swanson@usdoj.gov
Kevin V. Ryan
A. Francis Acker (*pro se*)
Chinhayi J. Coleman                       chinhayi.j.coleman@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      6/15/06                          /s/ JH
                                                 **Chambers of Judge Whyte**